IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02586-AP

EQUILLA C. WILLIAMS,

     Plaintiff,

     v.

JO ANNE B. BARNHART, Commissioner of Social Security,

     Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

     For Plaintiff:
     Patrick C.H. Spencer, II, Esq.
     830 Tenderfoot Hill Road, Suite 320
     Colorado Springs, CO 80906
     Telephone: (719) 632-4808/Fax: (719) 632-4807
     patrick@2spencers.com

     For Defendant:

     WILLIAM J. LEONE
     United States Attorney

     KURT J. BOHN
     Assistant United States Attorney
     kurt.bohn@usdoj.gov

     Debra Meachum
     Special Assistant United States Attorney
     1961 Stout Street, Suite 1001A
     Denver, Colorado  80294
     Telephone: (303) 844-0812/Fax: (303) 844-0770
     debra.meachum@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

**A.      Date Complaint Was Filed:**   12/19/05
**B.      Date Complaint Was Served on U.S. Attorney's Office:** 12/22/05
**C.      Date Answer and Administrative Record Were Filed:**  2/21/06

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**      To the best of her knowledge, the record is complete.
**Defendant states:**      To the best of her knowledge, the record is complete.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**      None anticipated.
**Defendant states:**      None anticipated.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**      To the best of her knowledge, this case does not involve unusual claims or defenses.
**Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.      OTHER MATTERS**

**Plaintiff states:**      None anticipated.
**Defendant states:**      None anticipated.

**8.      PROPOSED BRIEFING SCHEDULE**

**Because of workload, the parties request briefing to commence later than 40 days after filing of this Joint Case Management Plan, as follows:**

**A.      Plaintiff's Opening Brief Due:**      May 10, 2006.
**B.      Defendant's  Response Brief Due:**  June 12, 2006.
**C.      Plaintiff's  Reply Brief Due:**      June 27, 2006

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

   **A.      Plaintiff's Statement:**      Oral argument not requested.
   **B.      Defendant's Statement:**      Oral argument not requested.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A.      (   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B.      ( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

   DATED this <u>13</u>th day of <u>March</u>, 2006.

                              BY THE COURT:


                               <u>S/John L. Kane</u>
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Patrick C.H. Spencer 3/13/06<br>Patrick C.H. Spencer, II, Esq.<br>830 Tenderfoot Hill Road, Suite 320<br>Colorado Springs, CO 80906<br>Telephone: (719) 632-4808<br>Fax: (719) 632-4807<br>patrick@2spencers.com<br><br>Attorney for Plaintiff Equilla C. Williams | UNITED STATES ATTORNEY<br>WILLIAM J. LEONE<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By: s/Debra J. Meachum 3/13/06<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0812<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |

- 4 -