IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02586-MSK

EQUILLA C. WILLIAMS (GOODE),

        Plaintiff,

v.

JOANN BARNHART, Commissioner of Social Security,

        Defendant.

## ORDER SETTING ORAL ARGUMENT

        THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

        **IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **December 27, 2006,** at **8:30 a.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

        Dated this 12th day of July, 2006.

        **BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge