IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02586-MSK

EQUILLA C. WILLIAMS (GOODE),

      Plaintiff,

v.

JOANN BARNHART, Commissioner of Social Security,

      Defendant.

## ORDER RESCHEDULING HEARING

Due to an scheduling conflict, the hearing previously set for **December 27, 2006 at 8:30 a.m.** is hereby reset to **February 23, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 14th day of December, 2006

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge