IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02586-MSK

EQUILLA C. WILLIAMS, a/k/a Equilla Goode,

    Plaintiff,

v.

JOANNE BARNHART, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

    Due to the scheduling of a multi defendant criminal trial,

    **IT IS ORDERED** that oral argument in this matter set to commence on February 23, 2007 is VACATED and reset to **April 9, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado

    Dated this 5th day of February, 2007

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge