IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02586-MSK

EQUILLA C. WILLIAMS, a/k/a Equilla Goode,

    Plaintiff,

v.

JOANNE BARNHART, Commissioner of Social Security,

    Defendant.

---

## ORDER

Due to a scheduling conflict,

**IT IS ORDERED** that oral argument in this matter set to commence on April 9, 2007 is VACATED and reset to **March 22, 2007 at 12:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado

Dated this 2nd day of March, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge