IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02586-MSK

EQUILLA C. WILLIAMS, a/k/a Equilla Goode,

    Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

    Defendant.

## ORDER

THIS MATTER is before the Court on the Unopposed Motion for EAJA Fees filed June 19, 2007 **(#26)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#26) is GRANTED**. Defendant shall pay Plaintiff, through counsel, reasonable attorney fees in the amount of **$3,471.49**. Pursuant to the agreement of the parties, payment of the sum referenced above shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA costs and fees in connection with this action, and

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.

this award is without prejudice to the right of Plaintiff's counsel to seek attorney frees under section 206(b) of the Social Security Act, subject to the offset provision of the EAJA.

Dated this 20th day of June, 2007

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge